**Bernard F. DEPALMA, Plaintiff–Appellant,**

**v.**

**NIKE, INC., Canstar Sports Group, Inc. (now known as Bauer Nike Hockey, Inc.), and Canstar Sports USA (now known as Bauer Nike Hockey USA), Defendants–Cross Appellants,**

**and**

**Sherwood Drolet Corporation, Defendant.**

Nos. 05–1140, 05–1176.

United States Court of Appeals, Federal Circuit.

Dec. 6, 2005.

Rehearing and Rehearing En Banc Denied Jan. 24, 2006.

Before CLEVENGER, SCHALL, and BRYSON, Circuit Judges.

Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.